FILED 12/12/2024 VKM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:24-cr-00530
Judge: John F. Kness
Magistrate Judge: M. David Weisman
RANDOM / CAT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 24 CR 530 |
| ANDREW GARLAND | Violation: Title 18, United States Code, Sections 2113(a) |

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about November 14, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

ANDREW GARLAND,

defendant herein, by intimidation, took from the person and presence of a bank employee approximately $5,050 in United States currency belonging to, and in the care, custody, control, management, and possession of Huntington Bank, 222 North LaSalle Street in Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

**FORFEITURE ALLEGATION**

The SPECIAL JUNE 2024 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Sections 2113(a), as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds traceable to the offense, as provided in Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to:

   a. Approximately $5,030 in United States currency seized from ANDREW GARLAND on or about November 14, 2024; and

   b. A personal money adjustment in the amount of approximately $20.

3. If any of the property described above, as a result of any act or omission by the defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
ACTING UNITED STATES ATTORNEY