FILED 12/12/2024 VKM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:24-cr-00530
Judge: John F. Kness
Magistrate Judge: M. David Weisman
RANDOM / CAT 3

FELONY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| **Andrew Garland** | N | N |
|  |  |  |
|  |  |  |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **YES**

Case Number: **24 CR 530 / 24 GJ 1028**

Case Title: **United States v. Andrew Garland**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **Bond / Residential Treatment Center**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information? III

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **18 U.S.C. 2113(a)**

Assistant United States Attorney(s): **Wesley A. Morrissette**

Contact Person and Phone Number: **Wesley Morrissette, (312) 353-5306**

1